# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attor- ney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain acts of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| 10/10/05 | /s/ Gregory Edward Cooper /s/ Kelly Ann Cooper | |
| Date | Signature of Debtors | Case Number |

WHITE-DEBTOR COPY   PINK-COURT COPY

| FORM B1 | United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>  Cooper, Gregory Edward | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>  Cooper, Kelly Ann |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>  None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>  None |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 1502 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 2328 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>  207 Placid Park<br>  Shortsville, NY 14548 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>  207 Placid Park<br>  Shortsville, NY 14548 |
| County of Residence or of the<br>Principal Place of Business:   Ontario | County of Residence or of the<br>Principal Place of Business:   Ontario |
| Mailing Address of Debtor (if different from street address):<br>  P.O. Box 1073<br>  Canandaigua, NY 14424 | Mailing Address of Joint Debtor (if different from street address):<br>  P.O. Box 1073<br>  Canandaigua, NY 14424 |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney:   John F. McKeown, Esq.,<br>John F. McKeown, Attorneys at Law<br>70 North Main Street<br>Canandaigua, NY 14424   ph: 585-396-9627 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☑ Individual(s)          ☐ Railroad
☐ Corporation          ☐ Stockbroker
☐ Partnership          ☐ Commodity Broker
☐ Other _____          ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7          ☐ Chapter 11          ☐ Chapter 13
☐ Chapter 9          ☐ Chapter 12
☐

**Nature of Debts** (Check one box)

☑ Consumer/Non-Business          ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Gregory Edward Cooper & Kelly Ann Cooper |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed: Rochester, NY | Case Number: <br> 9622904 | Date Filed: <br> 10/1996 |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

# Signatures

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Gregory Edward Cooper
_____
Signature of Debtor

X  /s/ Kelly Ann Cooper
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
  10/10/05
_____
Date

## Signature of Attorney

X  /s/ John F. McKeown, Esq.
_____
Signature of Attorney for Debtor(s)

JOHN F. MCKEOWN, ESQ.
_____
Printed Name of Attorney for Debtor(s)

John F. McKeown,  Attorneys at Law
_____
Firm Name

70 North Main Street
_____
Address

Canandaigua, NY 14424
_____

585-396-9627
_____
Telephone Number

10/10/05
_____
Date

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

## Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

## Exhibit B

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  /s/ John F. McKeown, Esq.          10/10/05
_____
Signature of Attorney for Debtor(s)          Date

## Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.
☑  No

## Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**

In re   Gregory Edward Cooper & Kelly Ann Cooper   ,
                              Debtor

Case No. _____

Chapter   7 _____

## Voluntary Petition Continuation Sheet

| Prior Bankruptcy Case Filed Within Last 6 Years | | |
|---|---|---|
| Location<br>Where Filed:  Rochester, NY | Case Number:<br>9624006 | Date Filed:<br>12/1996 |

FORM B6A
(6/90)

In re ___Gregory Edward Cooper & Kelly Ann Cooper___     Case No. _____

                Debtor                                                    (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| Total ▶ | | | 0.00 | |

**(Report also on Summary of Schedules)**

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Gregory Edward Cooper & Kelly Ann Cooper

In re _____     Case No. _____
                                    Debtor                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Individual Checking account Citizens Bank Canandaigua, NY 14424 | W | 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit | J | 625.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | T.V., 3 piece living room set, Kitchen set, bed, vanity, kitchen ware, curtains, small appliances, Computer desk Residence | J | 400.00 |
| | | Computer Residence | J | 100.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

FORM B6B
(10/89)

In re **Gregory Edward Cooper & Kelly Ann Cooper**
_____
Debtor

Case No. _____
(if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.** | | 12 CD's, family pictures<br><br>Residence | J | 25.00 |
| **6. Wearing apparel.** | | Men's and Women's clothing<br><br>Residence | J | 100.00 |
| **7. Furs and jewelry.** | | 1 Gold necklace ($5) and costume jewelry<br><br>Residence | W | 10.00 |
| | | 2 Gold wedding bands<br><br>Residence | J | 50.00 |
| **8. Firearms and sports, photographic, and other hobby equipment.** | | Camera<br><br>Residence | J | 25.00 |
| **9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each.** | X | | | |
| **10. Annuities. Itemize and name each issuer.** | X | | | |
| **11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize.** | | Thomson Health Supplemental Retirement Plan | W | 236.84 |
| **12. Stock and interests in incorporated and unincorporated businesses. Itemize.** | X | | | |
| **13. Interests in partnerships or joint ventures. Itemize.** | X | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

In re Gregory Edward Cooper & Kelly Ann Cooper

Debtor

Case No. _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | | Anticipated Federal and State tax refunds | J | 1,200.00 |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Ford Windstar  Residence | H | 100.00 |
| | | 4 X 6 Utility Trailer  Residence | J | 200.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

FORM B6B
(10/89)

In re Gregory Edward Cooper & Kelly Ann Cooper

Case No. _____

Debtor

(if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | 1 Cat<br>Residence | J | 1.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | 2 Rakes, 2 Shovels, Weed eater, push lawnmower, chain saw<br>Residence | H | 210.00 |
| | | Misc. Tools<br>Residence | H | 100.00 |

0 continuation sheets attached

Total ▶ $ 3,582.84

**(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)**

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 – 32011

FORM B6C
(6/90)

Gregory Edward Cooper & Kelly Ann Cooper

In re _____     Case No._____
                        Debtor                                                            (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐  11 U.S.C. §522(b)(1)  Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑  11 U.S.C. §522(b)(2)  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Security Deposit | (Husb)NY Debt & Cred Law § 283(2) | 312.50 | 625.00 |
| | (Wife)NY Debt & Cred Law § 283(2) | 312.50 | |
| T.V., 3 piece living room set, Kitchen set, bed, vanity, kitchen ware, curtains, small appliances, Computer desk | (Husb)NY Civ Prac Law & Rules § 5205(a)(5) | 200.00 | 400.00 |
| | (Wife)NY Civ Prac Law & Rules § 5205(a)(5) | 200.00 | |
| Men's and Women's clothing | (Husb)NY Civ Prac Law & Rules § 5205(a)(5) | 50.00 | 100.00 |
| | (Wife)NY Civ Prac Law & Rules § 5205(a)(5) | 50.00 | |
| 2 Gold wedding bands | (Husb)NY Civ Prac Law & Rules § 5205(a)(6) | 25.00 | 50.00 |
| | (Wife)NY Civ Prac Law & Rules § 5205(a)(6) | 25.00 | |
| Thomson Health Supplemental Retirement Plan | (Wife)NY Debt & Cred Law § 282(iii)(2) | 236.84 | 236.84 |
| 1998 Ford Windstar | (Husb)NY Debt & Cred Law § 282(iii)(1) | 100.00 | 100.00 |
| Anticipated Federal and State tax refunds | (Husb)NY Debt & Cred Law § 283(2) | 600.00 | 1,200.00 |
| | (Wife)NY Debt & Cred Law § 283(2) | 600.00 | |
| 1 Cat | (Husb)NY Civ Prac Law & Rules § 5205(a)(4) | 0.50 | 1.00 |
| | (Wife)NY Civ Prac Law & Rules § 5205(a)(4) | 0.50 | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Form B6D
(12/03)

In re ___Gregory Edward Cooper & Kelly Ann Cooper___,    Case No. _____
                      **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

___0___ continuation sheets attached

Subtotal ➤    $        0.00
(Total of this page)

Total ➤    $        0.00
(Use only on last page)
(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

In re Gregory Edward Cooper & Kelly Ann Cooper _____,     Case No._____
                                    Debtor                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors.  If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Repeat this total also on the Summary of Schedules.

☑     Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___0__ continuation sheets attached

Form B6F (12/03)

**In re** <u>Gregory Edward Cooper & Kelly Ann Cooper</u>,       **Case No.** _____

                   **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4021<br><br>A & M Leonard<br>241 Fox Dr.<br>Piqua, OH 45356-0816 | | H | Incurred: 3/03<br>Consideration: Credit card debt | | | | 550.53 |
| ACCOUNT NO.  8690<br><br>American Family Publishing<br>P.O. Box 62000<br>Tampa, FL 33662-2000 | | H | Incurred: 7/03<br>Consideration: magazine subscription | | | | 21.94 |
| ACCOUNT NO.  1953<br><br>Appelton Disposal<br>54 Doran Ave<br>Geneva, NY 14456-1224 | | H | Incurred: 2/05<br>Consideration: garbage collection | | | | 34.20 |
| ACCOUNT NO.  4458<br><br>Arch Paging<br>P.O. Box 16806<br>Newark, NJ 07101 | | H | Incurred: 11/02/97<br>Consideration: pager | | | | 19.08 |

_____13_____ continuation sheets attached

Subtotal ➤ (Total of this page)    $    625.75

Total ➤ (Use only on last page)    $

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Gregory Edward Cooper & Kelly Ann Cooper

**In re** _____,     **Case No.** _____
         **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1264<br><br>Arrow Financial<br>5996 W Touhy Ave.<br>Niles, IL 60714 | | H | Consideration: Credit card debt<br>Collection Agency for First Premier Bank | | | | Notice Only |
| ACCOUNT NO.<br><br>Ash Brothers<br>P.O. Box 734<br>Naples, NY 14512 | | J | Incurred: 6/03 | | | | 4,279.08 |
| ACCOUNT NO. 2004<br><br>Audio Dynamics<br>235 Saltonstall st.<br>Canandaigua, NY 14424 | | H | Incurred: 7/00<br>Consideration: sound system | | | | 694.24 |
| ACCOUNT NO. 7789<br><br>AWA Collections<br>P.O. Box 6605<br>Orange, CA 92863-6605 | | H | Incurred: 2003<br>Consideration: Cell phone | | | | Notice Only |
| ACCOUNT NO. 7928<br><br>BMG Music Service<br>P.O. Box 8875<br>Camp Hill, PA 17001-8875 | | W | Incurred: 9/01<br>Consideration: Credit card debt | | | | 55.63 |

Sheet no. __1__ of __13__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $      5,028.95
(Total of this page)
Total ➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Form B6F - Cont.
(12/03)

Gregory Edward Cooper & Kelly Ann Cooper

**In re** _____,     **Case No.** _____
                 **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9707<br><br>BMG Music Service<br>P.O. Box 91545<br>Indianapolis, IN 46291-0545 | | H | Incurred: 9/01<br>Consideration: Credit card debt | | | | 63.16 |
| ACCOUNT NO.<br><br>C and C Adjustment Bureau<br>277 Alexander St., Suite 408<br>Rochester, NY 14607 | | J | Incurred: 6/03<br>Consideration: Mortgage<br>Collection Agency for Ash Brothers | | | | Notice Only |
| ACCOUNT NO. 7833<br><br>Canandaigua National Bank<br>72 South Main St<br>Canandaigua, NY 14424 | | H | Incurred: 9/04<br>Consideration: overdraft | | | | 550.00 |
| ACCOUNT NO. 1494<br><br>Canandaigua National Bank<br>72 South Main St.<br>Canandaigua, NY 14424 | | W | Incurred: 10/04<br>Consideration: auto loan | | | | 11,448.00 |
| ACCOUNT NO. 1167<br><br>Capitol One<br>P.O. Box 70884<br>Charlotte, NC 28272-0884 | | W | Incurred: 5/02<br>Consideration: Credit card debt | | | | 584.40 |

Sheet no. _2_ of _13_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    $     12,645.56

Total ➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Form B6F - Cont.
(12/03)

Gregory Edward Cooper & Kelly Ann Cooper

In re _____,     Case No. _____
                        **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CBCS 70<br>P.O. Box 164069<br>Colombus, OH 43216-4060 | | H | Incurred: 11/99<br>Consideration: Cable Bill<br>Collection Agency for Time Warner Cable | | | | Notice Only |
| ACCOUNT NO.  2195<br><br>Cingular Wireless<br>P.O. Box 17496<br>Baltimore, MD 21297-1496 | | H | Incurred: 2004<br>Consideration: Cell Phone | | | | 402.95 |
| ACCOUNT NO.  1467<br><br>Community News<br>2495 Brickyard Rd<br>Canandaigua, NY 14424 | | H | Incurred: 5/03<br>Consideration: advertising | | | | 1,513.18 |
| ACCOUNT NO.<br><br>Creditor's Alliance Inc.<br>P.O. Box 1288<br>Bloomington, IL 61702-1288 | | W | Consideration: Credit card debt<br>Collection agency for Fashion Bug | | | | Notice Only |
| ACCOUNT NO.  7556<br><br>Cross Country Bank<br>P.O. Box 17120<br>Wilmington, DE 19886-7120 | | W | Incurred: 5/02<br>Consideration: Credit card debt | | | | 475.59 |

Sheet no. __3__ of _13__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $          2,391.72
(Total of this page)
Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Gregory Edward Cooper & Kelly Ann Cooper

**In re** _____,     **Case No.** _____
             **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 42270937XXXX<br><br>Cross Country Bank<br>4700 Exchange Ct.<br>Boca Raton, FL 33431 | | H | Incurred: 6/01<br>Consideration: Credit card debt | | | | 1,546.00 |
| ACCOUNT NO.<br><br>Daily Messenger<br>73 Buffalo St.<br>Canandaigua, NY 14424 | | H | Incurred: 11/03<br>Consideration: Advertising | | | | 50.00 |
| ACCOUNT NO.<br><br>David Gosper<br>5 Spyglass Hill<br>Canandaigua, NY 14424 | | J | Incurred: 2002<br>Consideration: personal loan | | | | 5,500.00 |
| ACCOUNT NO. 1-015<br><br>Eastman Savings and Loan<br>Federal Credit Union<br>100 Kings Hwy South, Suite 1200<br>Rochester, NY 14617 | | W | Incurred: 4/02<br>Consideration: Auto Loan | | | | 9,265.81 |
| ACCOUNT NO. 2212<br><br>EFCO Independent Heating<br>& Burner Service<br>38 North Main St.<br>Rushville, NY 14544 | | H | Incurred: 9/04<br>Consideration: heating and cooling | | | | 106.34 |

Sheet no. 4 of 13 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 16,468.15
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Form B6F - Cont.
(12/03)

Gregory Edward Cooper & Kelly Ann Cooper

**In re** _____, **Case No.** _____
**Debtor** **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Estate of Richard Cooper, Jr. <br> c/o Winona McDaniels <br> 118 Jefferson Ave. <br> Canandaigua, NY 14424 | | H | Incurred: 7/20/05 <br> Consideration: potential plaintiff from auto accident | | | | 1.00 |
| ACCOUNT NO. 0054 <br> Fashion Bug <br> P.O. Box 84073 <br> Colombus, GA 31908 | | W | Incurred: 6/95 <br> Consideration: Credit card debt | | | | 72.93 |
| ACCOUNT NO. 2760 <br> FF Thompson Hospital <br> 350 Parrish Street <br> Canandaigua, NY 14424 | | H | Incurred: 1/31/05 <br> Consideration: Medical Services | | | | 50.00 |
| ACCOUNT NO. 6303 <br> FingerHut <br> 6250 Ridgewood Rd. <br> St. Cloud, MN 56303 | | W | Consideration: Credit card debt | | | | 181.37 |
| ACCOUNT NO. 7640 <br> First Consumers National Bank <br> P.O. Box 9204 <br> Old Bethpage, NY 11804-9004 | | W | Consideration: Credit card debt | | | | 1,146.22 |

Sheet no. __5__ of __13__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,451.52
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Gregory Edward Cooper & Kelly Ann Cooper

**In re** _____,     **Case No.** _____
         **Debtor**                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1264<br><br>First Premier Bank<br>601 South Minnesota Ave<br>Sioux Falls, SD 57104 | | H | Incurred: 11/04<br>Consideration: Credit card debt | | | | 404.80 |
| ACCOUNT NO.<br><br>Fish's Farm Market<br>4494 Mt. Payne, Rd.<br>Shortsville, NY 14548 | | H | Incurred: 3/97 | | | | 300.00 |
| ACCOUNT NO. 217xxxx<br><br>FMS, Inc.<br>4915 South Union Ave<br>Tulsa, OK 74107 | | H | Incurred: 4/02<br>Consideration: Credit card debt | | | | 963.00 |
| ACCOUNT NO. 6703<br><br>Frontier<br>P.O. box 23008<br>Rochester, NY 14692-3008 | | W | Incurred: 4/02<br>Consideration: Phone Bill | | | | 36.34 |
| ACCOUNT NO.<br><br>Genesse Valley Penny Saver<br>202 South Main Street<br>Canandaigua, NY 14424 | | H | Incurred: 5/03<br>Consideration: advertising | | | | 1,728.48 |

Sheet no. _6_ of _13_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    $      3,432.62

Total ➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Form B6F - Cont.
(12/03)

Gregory Edward Cooper & Kelly Ann Cooper

**In re** _____,     **Case No.** _____
                **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Harvey Toomey<br>7485 Eddy Rd.<br>Holcomb, NY 14469 | | H | Incurred: 2003<br>Consideration: Personal loan & other claims | | | X | 27,837.00 |
| ACCOUNT NO. 0572<br><br>Herendeen Bros.<br>32-34 West Main St.<br>P.O. Box 98<br>Shortsville, NY 14548 | | W | Incurred: 10/04<br>Consideration: Home repair | | | | 77.62 |
| ACCOUNT NO. 54895551xxxx<br><br>Household Credit Services<br>P.O. Box 98706<br>Las Vegas, NV 89193 | | H | Incurred: 3/05<br>Consideration: Credit card debt | | | | 438.00 |
| ACCOUNT NO. 4033<br><br>HSBC Orchard Bank<br>P.O. Box 17051<br>Baltimore, MD 21297-1051 | | H | Incurred: 2005<br>Consideration: Credit card debt | | | | 481.42 |
| ACCOUNT NO. 1325<br><br>Jack Bobsein, DDS<br>3200 West<br>Canandaigua, NY 14424 | | J | Incurred: 4/98<br>Consideration: Dentist bill | | | | 108.84 |

Sheet no. __7__ of _13__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      28,942.88
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Gregory Edward Cooper & Kelly Ann Cooper

**In re** _____,     **Case No.** _____
                         **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1882<br><br>Kay Jewelers<br>P.O. Box 3680<br>Akron, OH 44398 | | W | Incurred: 11/97<br>Consideration: Credit card debt | | | | 1,331.77 |
| ACCOUNT NO.<br><br>Law Office of Mitchell N. Kay<br>7 Penn Plaza<br>New York, NY 10001-3995 | | W | Consideration: Credit card debt<br>Collection agency for Kay Jewelers | | | | Notice Only |
| ACCOUNT NO. 0034<br><br>Mayflowers<br>2505 Rt 332<br>Canandaigua, NY 14424 | | H | Consideration: Credit card debt | | | | 2,304.60 |
| ACCOUNT NO. 55719<br><br>NCO Financial Services<br>1804 Washington Blvd. #500<br>Baltimore, MD 21280 | | H | Incurred: 12/99<br>Consideration: Credit card debt | | | | 932.00 |
| ACCOUNT NO. 9239<br><br>NCO Financial Systems, Inc.<br>3850 N. Causeway Blvd., Suite 200<br>Metairie, LA 70002 | | H | Consideration: Credit card debt<br>Collection Agency for Northern Tool | | | | Notice Only |

Sheet no. __8__ of __13__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      4,568.37
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Gregory Edward Cooper & Kelly Ann Cooper

**In re** _____,     **Case No.** _____
               **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7789<br><br>Nextel Partners, Inc.<br>2001 Edmund Halley Drive<br>Reston, VA 20191 | | H | Incurred: 2003<br>Consideration: cell phone | | | | 1,773.03 |
| ACCOUNT NO.<br><br>Northern Tool & Equipment Co.<br>2800 Southcross Drive West<br>Burnsville, MN 55306 | | H | Incurred: 5/03<br>Consideration: Credit card debt | | | | 556.98 |
| ACCOUNT NO.<br><br>NYSEG<br>P.O. Box 5550<br>Ithaca, NY 14852-5550 | | H | Incurred: 1998<br>Consideration: Utlity Bill | | | | 931.56 |
| ACCOUNT NO.<br><br>O'Niel's Polaris Dealer<br>6226 Rt. 96<br>Farmington, NY 14425 | | H | Incurred: 6/03<br>Consideration: mechanical work | | | | 2,600.00 |
| ACCOUNT NO. 6138<br><br>Ontario Telephone Company<br>75 Main Street<br>Phelps, NY 14532 | | H | Incurred: 1999<br>Consideration: Phone Bill | | | | 583.20 |

Sheet no. 9 of 13 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    $     6,444.77

Total ➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Gregory Edward Cooper & Kelly Ann Cooper

**In re** _____,     **Case No.** _____
          **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Phillip Cooper<br>118 Jefferson Ave.<br>Canandaigua, NY 14424 | | H | Incurred: 7/20/05<br>Consideration: potential plaintiff from auto accident | | | | 1.00 |
| ACCOUNT NO. 1246xxxx<br><br>Presidio<br>101 Crossways Park Drive West<br>Woodbury, NY 11797 | | J | Incurred: 10/00<br>Consideration: Credit card debt | | | | 1,427.00 |
| ACCOUNT NO. 4104<br><br>Primus Automotive Financial Services<br>P.O. Box 680160<br>Franklin, TN 37068-0160 | | J | Incurred: 1998<br>Consideration: Auto Loan<br>Car was Repoed | | | | 4,799.53 |
| ACCOUNT NO. 1495<br><br>Quakenbush Hardware<br>4777 Main St. Box 28<br>Hall, NY 14463 | | H | Incurred: 7/1/99<br>Consideration: Hardware | | | | 280.37 |
| ACCOUNT NO. 6584<br><br>Raymour and Flanigan<br>P.O. Box 6050<br>Cortland, NY 13045-6050 | | W | Incurred: 6/01<br>Consideration: Credit card debt | | | | 194.09 |

Sheet no. 10 of 13 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $       6,701.99
(Total of this page)

Total ➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

<span style="writing-mode: vertical-rl;">Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011</span>

Form B6F - Cont.
(12/03)

Gregory Edward Cooper & Kelly Ann Cooper

**In re** _____,     **Case No.** _____
                      **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2005<br><br>RG&E<br>89 East Ave.<br>Rochester, NY 14649 | | | Consideration: utility bill | | | | Unknown |
| ACCOUNT NO.<br><br>Rich's Karts & Parts<br>4 West Lake Rd.<br>Honeyoye, NY 14471 | | H | Incurred: 8/04<br>Consideration: line of credit | | | | 650.00 |
| ACCOUNT NO.<br><br>Richard Cooper, Sr.<br>Acorn Valley Trailer Pk<br>Middlesex, NY 14507 | | H | Incurred: 7/20/05<br>Consideration: potential plaintiff from auto accident | | | | 1.00 |
| ACCOUNT NO.<br><br>Richard Rayburn Jr.<br>60 Hidden Creek Dr.<br>Bloomfield NY, 14469 | | J | Incurred: 10/03<br>Consideration: Rent | | | | 1,369.00 |
| ACCOUNT NO. 14603<br><br>Seagar Marine<br>City Pier<br>Canandaigua, NY 14424 | | H | Incurred: 2004<br>Consideration: Personal loan | | | | 2,271.67 |

Sheet no. __11__ of _13___ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $     4,291.67
(Total of this page)
Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Gregory Edward Cooper & Kelly Ann Cooper

**In re** _____,     **Case No.** _____
         **Debtor**                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1325 <br><br> Security Credit Systems, Inc. <br> P.O. Box 846 <br> Buffalo, NY 14240-0846 | | J | Consideration: Dentist bill <br> Collection agency for Jack Bobsen, DDS | | | | Notice Only |
| ACCOUNT NO. 7640 <br><br> Simm Associates, Inc. <br> Biddle Bldg. Suite 200 <br> 200 Biddle Avenue <br> Newark, DE 19702 | | W | Consideration: Credit card debt <br> Collection agency for First Consumers National Bak | | | | Notice Only |
| ACCOUNT NO. <br><br> Sunoco Credit Card <br> P.O. Box 2301 <br> Tulsa, OK 74102-2301 | | H | Incurred: 10/00 <br> Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO. <br><br> Tamatha Rundt <br> Acorn Valley Trailer Park <br> Middlesex, NY 14507 | | J | | | | | 1.00 |
| ACCOUNT NO. <br><br> The Berry Company <br> 155 Corporate Woods, Suite 300 <br> Rochester, NY 14623 | | H | Incurred: 12/04 <br> Consideration: Advertising | | | | 1,752.00 |

Sheet no. __12__ of __13__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $      1,753.00
(Total of this page)
Total ➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Form B6F - Cont.
(12/03)

Gregory Edward Cooper & Kelly Ann Cooper

**In re** _____, **Case No.** _____
          **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6524<br><br>The Credit Bureau<br>19 Prince St<br>Rochester, NY 14607 | | J | Incurred: 6/03<br>Consideration: Mortgage<br>Collection Agency for Ash Brothers | | | | Notice Only |
| ACCOUNT NO. 2760<br><br>The Credit Bureau<br>19 Prince St.<br>Rochester, NY 14607 | | H | Incurred: 1/31/05<br>Consideration: Medical Services<br>Collection agency for FF Thompson | | | | Notice Only |
| ACCOUNT NO. 3586<br><br>Time Warner Cable<br>P.O. Box 164060<br>Colombus, OH 43216-4060 | | W | Incurred: 7/03<br>Consideration: Cable Bill | | | | 330.53 |
| ACCOUNT NO. 20019<br><br>Trumbley Tire and Auto<br>370 South Main Street<br>Canandaigua, NY 14424 | | H | Incurred: 12/3/02<br>Consideration: car repairs | | | | 591.52 |
| ACCOUNT NO. 5190<br><br>Viking Office Supplies<br>2000 Old Germantown Rd<br>Delray Beach, FL 33445 | | H | Incurred: 4/03<br>Consideration: Credit card debt | | | | 1,000.00 |

Sheet no. __13__ of __13__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal ➤ (Total of this page) | $ 1,922.05 |
| Total ➤ (Use only on last page of the completed Schedule F.) | $ 96,669.00 |

(Report total also on Summary of Schedules)

FORM B6G
(10/89)

Gregory Edward Cooper & Kelly Ann Cooper

In re _____     Case No. _____
                        Debtor                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

FORM B6H
(6/90)

In re ___Gregory Edward Cooper & Kelly Ann Cooper___  Case No. _____
                          Debtor                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Form B6I
12/03

Gregory Edward Cooper & Kelly Ann Cooper

In re_____ ,          Case No._____
                                    Debtor                                                      (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP | AGE |
| | No dependents | |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | Nurses' Aide |
| Name of Employer | | Thompson Health |
| How long employed | | 12 years |
| Address of Employer | | 350 Parrish St. |
| | | Canandaigua, NY 14424 |

**Income:** (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0.00 | $ 2,211.45 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 2,211.45 |
| LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ 472.89 |
|     b. Insurance | $ 0.00 | $ 191.22 |
|     c. Union Dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify:_____ (S)United Way_____) | $ 0.00 | $ 2.50 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 666.61 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 1,544.84 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) ___(D)Income from odd jobs_____ | $ 176.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 176.00 | $ 1,544.84 |

TOTAL COMBINED MONTHLY INCOME          $ 1,720.84          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

FORM B6J
(6/90)

Gregory Edward Cooper & Kelly Ann Cooper

In re _____ ,     Case No. _____
                          Debtor                                                          (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 305.00 |
| Are real estate taxes included?     Yes _____  No __√__ | | |
| Is property insurance included?     Yes _____  No __√__ | | |
| Utilities   Electricity and heating fuel | $ | 200.00 |
| Water and sewer | $ | 30.00 |
| Telephone | $ | 85.00 |
| Other ___Cable TV___ | $ | 80.00 |
| Home maintenance (Repairs and upkeep) | $ | 50.00 |
| Food | $ | 400.00 |
| Clothing | $ | 30.00 |
| Laundry and dry cleaning | $ | 15.00 |
| Medical and dental expenses | $ | 30.00 |
| Transportation (not including car payments) | $ | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 25.00 |
| Charitable contributions | $ | 4.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 188.00 |
| Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other ___Tanning, cell phone, pet food, family gifts___ | $ | 91.00 |

| | | |
|---|---|---:|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 1,833.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | $ | N.A. |
| B.  Total projected monthly expenses | $ | N.A. |
| C.  Excess income (A minus B) | $ | N.A. |
| D.  Total amount to be paid into plan each _____N.A._____ | $ | N.A. |

(interval)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## Western District of New York

Gregory Edward Cooper & Kelly Ann Cooper

In re _____     Case No. _____

Debtor     (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 4 | $ 3,582.84 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $ 96,669.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,720.84 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 1,833.00 |
| Total Number of Sheets in ALL Schedules ▶ | | 26 | | | |
| Total Assets ▶ | | | 3,582.84 | | |
| Total Liabilities ▶ | | | | 96,669.00 | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Official Form 6-Cont.
(12/03)

In re  Gregory Edward Cooper & Kelly Ann Cooper ,  Case No. _____
                        Debtor                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____27____

sheets and that they are true and correct to the best of my knowledge, information and belief. (Total shown on summary page plus 1)

Date  10/10/05  Signature  /s/ Gregory Edward Cooper
                                    Debtor

Date  10/10/05  Signature  /s/ Kelly Ann Cooper
                                    (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____  _____
Printed or Typed Name of Bankruptcy Petition Preparer  Social Security No.
                                                       (Required by 11 U.S.C. § 110(c).)

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____  _____
Signature of Bankruptcy Petition Preparer  Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Form 7
(12/03)

**FORM 7.  STATEMENT OF FINANCIAL AFFAIRS**

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF NEW YORK

In Re   Gregory Edward Cooper & Kelly Ann Cooper          Case No. _____

(Name)                                                                (if known)

Debtor

### STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

    **1.   Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| 2005(db) | 1,584 | Income from odd jobs-Year to Date |
| 2004(db) | 224 | Operation of business |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

|  | AMOUNT | | SOURCE (if more than one) |
|---|---|---|---|
| 2003(db) | 0 | | |

|  | AMOUNT | | SOURCE (if more than one) |
|---|---|---|---|
| 2005(jdb) | 20,408 | Wages- Year to date | |
| 2004(jdb) | 25,177 | Wages | |
| 2003(jdb) | 25,000 | | |

**2. Income other than from employment or operation of business**

None ☒  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|

**3. Payments to Creditors**

None ☒  a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☒  b.  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Rayburn, Richard S., Jr. vs. Cooper, Greg, Cooper, Kelly SP-2004-0541 | Civil | Canandaigua City Court | Judgment rendered- $1,369.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| ESL FCU vs. Cooper, Greg, Cooper, Kelly | Civil | Canandaigua City Court | Judgment rendered- $9,265.81 |
| William O'Niell vs. Cooper, Greg, Cooper, Kelly | Civil | Canandaigua City Court | Judgment rendered- $2,600 |

None ☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Eastman Savings and Loan Federal Credit Union 100 Kings Hwy South, Suite 1200 Rochester, NY 14617 | 10/26/04 | 1998 Dodge Caravan- $9,265.81 |
| Canandaigua National Bank 72 South Main St Canandaigua, NY 14424 | 7/2005 | 2000 Dodge Ram-$9,347.20 |
| Canandaigua National Bank 72 South Main St Canandaigua, NY 14424 | 6/2005 | 2001 Ford Windstar- $11,760.18 |

Bankruptcy2005 ©1991–2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

**6. Assignments and Receiverships**

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
| --- | --- | --- |

None ☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS<br>WAS COVERED IN WHOLE OR IN PART BY<br>INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| John F. McKeown, Attorneys at Law 70 North Main Canandaigua, NY 14424 | 7/18/05 | $595 |

**10. Other transfers**

None ☐ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Scott Schrader Relationship: Cousin | | Two snowmobiles with Trailers. Recieved $3,000 |
| Unknown Buyer Relationship: none | | Lawnmower. Recieved $3,000 |

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Canandaigua National Bank 72 South Main St. Canandaigua, NY 14424 | Individual Checking account Closing Balance: $0.00 | |

Bankruptcy2005 ©1991–2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

**12. Safe deposit boxes**

None ☒  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐  If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 28 Antis St. Canandaigua, NY 14424 | Greg Cooper, Kelly Cooper | 10/2003 to 6/2004 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

**16. Spouses and Former Spouses**

None

 If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None

☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None ☐  a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Kellog's Lawn & Landscape | 113665637 | 493 South Main St. Canandaigua, NY 14424 | Landscape | 6/02 to 2004 |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☒

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None ☐  a.  List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                     DATES SERVICES RENDERED

Provvidenza & Wright                                 2002, 2003
255 Woodcliff Drive
Fairport, NY 14450

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

_____

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒    have audited the books of account and records, or prepared a financial statement of the debtor.

      NAME                       ADDRESS                 DATES SERVICES RENDERED

_____

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books
☒    of account and records of the debtor. If any of the books of account and records are not available, explain.

      NAME                       ADDRESS

_____

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒    financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

    NAME AND ADDRESS                    DATE
                                          ISSUED
_____

**20. Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒    taking of each inventory, and the dollar amount and basis of each inventory.

   DATE OF INVENTORY           INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                     (Specify cost, market or other basis)
_____

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒    reported in a., above.

   DATE OF INVENTORY                      NAME AND ADDRESSES OF CUSTODIAN OF
                                           INVENTORY RECORDS
_____

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

   NAME AND ADDRESS         NATURE OF INTEREST          PERCENTAGE OF INTEREST

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

None ☒     b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22. Former partners, officers, directors and shareholders

None ☒     a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒     b.    If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23. Withdrawals from a partnership or distribution by a corporation

None ☒     If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group

None ☒     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds

None ☒     If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___10/10/05_____  Signature of Debtor ___/s/ Gregory Edward Cooper_____

GREGORY EDWARD COOPER

Date ___10/10/05_____  Signature of Joint Debtor ___/s/ Kelly Ann Cooper_____

KELLY ANN COOPER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____  _____

Printed or Typed Name of Bankruptcy Petition Preparer  Social Security No.
(Required by 11 U.S.C. § 110(c).)

_____

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____  _____

Signature of Bankruptcy Petition Preparer  Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

___0___ continuation sheets attached

***Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571***

Form B8 (Official Form 8)
(12/03)

# Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### UNITED STATES BANKRUPTCY COURT
### Western District of New York

In re    Gregory Edward Cooper & Kelly Ann Cooper              ,          Case No. _____
                                    Debtor

                                                                          Chapter        Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. We have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. We intend to do the following with respect to the property of the estate which secures those consumer debts:

*a.  Property to Be Surrendered.*

**Description of Property**                                          **Creditor's name**

NONE

*b.  Property to Be Retained.*                          *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| NONE | | | | |

Date: ____10/10/05_____          /s/ Gregory Edward Cooper
                                        Signature of Debtor        GREGORY EDWARD COOPER

Date: ____10/10/05_____          /s/ Kelly Ann Cooper
                                        Signature of Joint Debtor    KELLY ANN COOPER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                              (Required by 11 U.S.C. § 110(c).)

_____

_____
Address
Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*

A & M Leonard
241 Fox Dr.
Piqua, OH 45356-0816


American Family Publishing
P.O. Box 62000
Tampa, FL 33662-2000


Appelton Disposal
54 Doran Ave
Geneva, NY 14456-1224


Arch Paging
P.O. Box 16806
Newark, NJ 07101


Arrow Financial
5996 W Touhy Ave.
Niles, IL 60714


Ash Brothers
P.O. Box 734
Naples, NY 14512


Audio Dynamics
235 Saltonstall st.
Canandaigua, NY 14424


AWA Collections
P.O. Box 6605
Orange, CA 92863-6605


BMG Music Service
P.O. Box 8875
Camp Hill, PA 17001-8875


BMG Music Service
P.O. Box 91545
Indianapolis, IN 46291-0545

C and C Adjustment Bureau
277 Alexander St., Suite 408
Rochester, NY 14607


Canandaigua National Bank
72 South Main St
Canandaigua, NY 14424


Canandaigua National Bank
72 South Main St.
Canandaigua, NY 14424


Capitol One
P.O. Box 70884
Charlotte, NC 28272-0884


CBCS 70
P.O. Box 164069
Colombus, OH 43216-4060


Cingular Wireless
P.O. Box 17496
Baltimore, MD 21297-1496


Community News
2495 Brickyard Rd
Canandaigua, NY 14424


Creditor's Alliance Inc.
P.O. Box 1288
Bloomington, IL 61702-1288


Cross Country Bank
P.O. Box 17120
Wilmington, DE 19886-7120


Cross Country Bank
4700 Exchange Ct.
Boca Raton, FL 33431

Daily Messenger
73 Buffalo St.
Canandaigua, NY 14424


David Gosper
5 Spyglass Hill
Canandaigua, NY 14424


Eastman Savings and Loan
Federal Credit Union
100 Kings Hwy South, Suite 1200
Rochester, NY 14617


EFCO Independent Heating
& Burner Service
38 North Main St.
Rushville, NY 14544


Estate of Richard Cooper, Jr.
c/o Winona McDaniels
118 Jefferson Ave.
Canandaigua, NY 14424


Fashion Bug
P.O. Box 84073
Colombus, GA 31908


FF Thompson Hospital
350 Parrish Street
Canandaigua, NY 14424


FingerHut
6250 Ridgewood Rd.
St. Cloud, MN 56303


First Consumers National Bank
P.O. Box 9204
Old Bethpage, NY 11804-9004


First Premier Bank
601 South Minnesota Ave
Sioux Falls, SD 57104

Fish's Farm Market
4494 Mt. Payne, Rd.
Shortsville, NY 14548


FMS, Inc.
4915 South Union Ave
Tulsa, OK 74107


Frontier
P.O. box 23008
Rochester, NY 14692-3008


Genesse Valley Penny Saver
202 South Main Street
Canandaigua, NY 14424


Harvey Toomey
7485 Eddy Rd.
Holcomb, NY 14469


Herendeen Bros.
32-34 West Main St.
P.O. Box 98
Shortsville, NY 14548


Household Credit Services
P.O. Box 98706
Las Vegas, NV 89193


HSBC Orchard Bank
P.O. Box 17051
Baltimore, MD 21297-1051


Jack Bobsein, DDS
3200 West
Canandaigua, NY 14424


Kay Jewelers
P.O. Box 3680
Akron, OH 44398

Law Office of Mitchell N. Kay
7 Penn Plaza
New York, NY 10001-3995


Mayflowers
2505 Rt 332
Canandaigua, NY 14424


NCO Financial Services
1804 Washington Blvd. #500
Baltimore, MD 21280


NCO Financial Systems, Inc.
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002


Nextel Partners, Inc.
2001 Edmund Halley Drive
Reston, VA  20191


Northern Tool & Equipment Co.
2800 Southcross Drive West
Burnsville, MN 55306


NYSEG
P.O. Box 5550
Ithaca, NY 14852-5550


O'Niel's Polaris Dealer
6226 Rt. 96
Farmington, NY 14425


Ontario Telephone Company
75 Main Street
Phelps, NY 14532


Phillip Cooper
118 Jefferson Ave.
Canandaigua, NY 14424

Presidio
101 Crossways Park Drive West
Woodbury, NY 11797


Primus Automotive Financial Services
P.O. Box 680160
Franklin, TN 37068-0160


Quakenbush Hardware
4777 Main St. Box 28
Hall, NY 14463


Raymour and Flanigan
P.O. Box 6050
Cortland, NY 13045-6050


RG&E
89 East  Ave.
Rochester, NY 14649


Rich's Karts & Parts
4 West Lake Rd.
Honeyoye, NY 14471


Richard Cooper, Sr.
Acorn Valley Trailer Pk
Middlesex, NY 14507


Richard Rayburn Jr.
60 Hidden Creek Dr.
Bloomfield NY, 14469


Seagar Marine
City Pier
Canandaigua, NY 14424


Security Credit Systems, Inc.
P.O. Box 846
Buffalo, NY 14240-0846

Simm Associates, Inc.
Biddle Bldg. Suite 200
200 Biddle Avenue
Newark, DE 19702


Sunoco Credit Card
P.O. Box 2301
Tulsa, OK 74102-2301


Tamatha Rundt
Acorn Valley Trailer Park
Middlesex, NY 14507


The Berry Company
155 Corporate Woods, Suite 300
Rochester, NY 14623


The Credit Bureau
19 Prince St
Rochester, NY 14607


The Credit Bureau
19 Prince St.
Rochester, NY 14607


Time Warner Cable
P.O. Box 164060
Colombus, OH 43216-4060


Trumbley Tire and Auto
370 South Main Street
Canandaigua, NY 14424


Viking Office Supplies
2000 Old Germantown Rd
Delray Beach, FL 33445

B203
12/94

# United States Bankruptcy Court
## Western District of New York

In re  Gregory Edward Cooper & Kelly Ann Cooper

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept .........................…………………….... $ _____595.00_____

Prior to the filing of this statement I have received ........……………….................. $ _____595.00_____

Balance Due .....................…………………………………….................... $ _____0.00_____

2. The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____10/10/05_____          ____/s/ John F. McKeown, Esq._____
              *Date*                                                       *Signature of Attorney*

                                                          John F. McKeown,  Attorneys at Law
                                                        _____
                                                                    *Name of law firm*

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 32011

UNITED STATES BANKRUPTCY COURT

Western District of New York

In re:

Gregory Edward Cooper & Kelly
Ann Cooper

Case No.
Chapter 7

Debtor(s)

**INSERT NAME OF FORM HERE**

UNITED STATES BANKRUPTCY COURT

Western District of New York

In re:

Gregory Edward Cooper &
Kelly Ann Cooper

Case No.
Chapter 7

Debtor(s)

**INSERT NAME OF FORM HERE**

# DISCLOSURE OF COMPENSATION -- Rule 2016 (b)

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-names debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is $595.00 .

2. The source of the compensation paid, or to be paid to me was the debtor.

3. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

/s/John F. McKeown, Esq.

Date  10/10/05                    Signature

_____

John F. McKeown, Esq., Bar
No.